**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>MICHAEL DAVID SCANLAN,<br><br>Debtor. | Chapter 13<br>Case No. 20-11301-CJP |

**TRUSTEE'S OBJECTION TO MOTION**
**FOR HARDSHIP DISCHARGE**

Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee ("Trustee"), and files this objection to the Debtor's Motion for Hardship Discharge ("the Motion") and as reasons therefor states as follows:

1. In order to receive a discharge under 11 U.S.C. §1328(b), a debtor must show that the Debtor's failure to complete plan payments is due to circumstances for which the Debtor should not justly be held accountable, and that modification of the plan under section 1329 in not practicable. The Trustee asserts that the Debtor has failed to show that modification of the plan is not practicable

2. The Motion states that no modification of the plan is practicable because of the Debtor's change in financial circumstances as evidenced by the amended Schedules I and J. However, the confirmed plan has not expired by its terms and can still be modified under 11 U.S.C. §1329(a). The Debtor is below median and therefore could move to modify the plan to reduce the term and the total cost of the plan.

The Trustee therefore asserts that the Debtor has failed to state sufficient grounds to qualify for a hardship discharge.

Dated:  April 24, 2024                    Respectfully submitted,
                                          Carolyn A. Bankowski
                                          Standing Chapter 13 Trustee
                                          /s/ Patricia A. Remer
                                          Carolyn A. Bankowski, BBO#631056
                                          Patricia A. Remer, BBO#639594
                                          Office of the Chapter 13 Trustee
                                          PO Box 8250
                                          Boston, MA  02114-0022
                                          (617) 723-1313
                                          13trustee@ch13boston.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>     MICHAEL DAVID SCANLAN,<br><br>          Debtor. | Chapter 13<br>Case No. 20-11301-CJP |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 24, 2024, a copy of the Trustee's Objection to Debtor's Motion for Hardship Discharge was served via first class mail postage prepaid, or by electronic notice, upon the debtors and debtors' counsel at the address set forth below.

Michael David Scanlan
23 Woodland Rd
Holbrook, MA 02343


Steven R. Striffler
Law Office of Steven R. Striffler
21 McGrath Highway, Suite 301
Quincy, MA 02169

                              /s/ Patricia A. Remer
                              Patricia A. Remer, BBO#639594

2