

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:  Michael David Scanlan  Debtor | Chapter 13  20-11301-CJP |
|---|---|

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**
Telephonic Hearing on #99 Chapter 13 Trustee's Motion for Order Dismissing Case; #103 Opposition of Debtor

**Decision set forth more fully as follows:**

AS DISCUSSED ON THE RECORD, THE DEBTOR SHALL FILE AN AMENDED CHAPTER 13 PLAN AND MOTION TO APPROVE THE SAME WITHIN 30 DAYS OF THE DATE OF THIS ORDER.

Dated: 06/14/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge