

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:<br>　　　Michael David Scanlan<br>　　　　　　Debtor | Chapter 13<br>20-11301-CJP |
|---|---|

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**
Preliminary Hearing on #102 Debtor's Motion for Hardship Discharge; #106 Objection of the Chapter 13 Trustee.

**Decision set forth more fully as follows:**

FOR THE REASONS STATED ON THE RECORD AT THE JUNE 5, 2024 HEARING, THE DEBTOR SHALL FILE AN AMENDED CHAPTER 13 PLAN AND MOTION TO APPROVE THE SAME WITHIN 30 DAYS OF THE DATE OF THIS ORDER.

Dated: 06/14/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge