

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Michael David Scanlan, | Chapter 13 |
| Debtor | 20-11301-CJP |

## ORDER

**MATTERS:**

#117 Motion to Amend (RE: 116 Amended Chapter 13 Plan) and
#119 Trustee's Objection to Confirmation of Plan (RE: 116 Amended Chapter 13 Plan).

NO RESPONSE HAVING BEEN FILED, THE CONFIRMATION OBJECTION [DKT. NO. 119] (THE "OBJECTION") IS SUSTAINED AND THE DEBTOR'S MOTION TO AMEND [DKT. NO. 117] IS DENIED. THE DEBTOR SHALL FILE AND SERVE ON ALL CREDITORS AND INTERESTED PARTIES AN AMENDED PLAN AND MOTION TO APPROVE THE SAME ADDRESSING THE SUSTAINED OBJECTION WITHIN THIRTY (30) DAYS OF THE DATE OF THIS ORDER, AND SHALL FILE A CERTIFICATE OF SERVICE REGARDING THE SAME.

IF THE DEBTOR FAILS TO COMPLY WITH THIS ORDER, THE CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE OR HEARING.

Dated: 08/16/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge