# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

In re:  Michael David Scanlan                                           Case No.   20-11301-CJP

            Debtor(s)                                                            Chapter   13

## MOTION TO APPROVE POST-CONFIRMATION CHAPTER 13 PLAN

Debtor requests the Court to approve Debtor's Post-Confirmation Chapter 13 Plan.

WHEREFORE, Debtor requests the Court to approve Debtor's Post-Confirmation Chapter 13 Plan.

Respectfully submitted,

Michael David Scanlan,

By Debtor's attorney,

/s/ Steven Striffler
Steven R. Striffler
BBO No. 664224
Law Office of Steven R. Striffler
21 McGrath Highway, Suite 301
Quincy, MA 02169
(617) 290-1573
steve@strifflerlaw.com

Date: September 15, 2024.