**Fill in this information to identify the case:**

**Debtor 1** Michael David Scanlan

**Debtor 2** _____
(Spouse, if filing)

**United States Bankruptcy Court for the:** District of Massachusetts
(State)

**Case number** 20-11301

# Official Form 410S1
# Notice of Mortgage Payment Change                     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.  See bankruptcy rule 3002.1

**Name of creditor:** Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2

**Court claim no.** (if known): 4-1

**Last four digits** of any number you use to identify the debtor's account: 2139

**Date of payment change:** 09/01/2021
Must be at least 21 days after date of this notice

**New total payment:** $1,775.18
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No

   ☐ Yes  Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $_____     New escrow payment:  $_____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

   ☐ No

   ☒ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

   Current Interest Rate:     4.2500%         New interest rate:     5.0000%
   Current principal and interest payment:  $1,030.72    New principal and interest payment:  $1,134.80

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No

   ☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.  (Court approval may be required before the payment change can take effect)

   Reason for change: _____
   Current mortgage payment:  $_____     New mortgage payment:  $_____

Official Form 410S1            **Notice of Mortgage Payment Change**            Page 1

Debtor 1  Michael David Scanlan  Case Number *(if known)*  20-11301
        First Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*
☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗  /s/ Kate Heidbrink                                             Date  07/28/2021
   Signature

Print:      Kate Heidbrink                                    Title   Attorney for Creditor
        First name  Middle Name  Last name

Company   Friedman Vartolo LLP

Address     1325 Franklin Avenue, Suite 160,
        Number    Street

        Garden City, NY 11530
        City    State    Zip Code

Contact phone   (212) 471-5100      Email:   bankruptcy@friedmanvartolo.com